IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARVEY W. DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 12-1631 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| CITY OF PITTSBURGH, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On February 20, 2013, the magistrate judge issued a report and recommendation recommending that the complaint filed by Plaintiff (Doc. 1) be dismissed for failure to prosecute. Plaintiff was given until March 11, 2013, to file objections to the report. As of the date of this writing, no objections have been filed, nor has Plaintiff moved for an extension of time in which to do so. After *de novo* review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 19th day of March, 2013,

IT IS HEREBY ORDERED that the Report of February 20, 2013, (Doc. 12) is converted to a memorandum order and constitutes the opinion of this Court.

IT IS FURTHER ORDERED the complaint filed by Plaintiff is dismissed (Doc. 1).

                                                                       s/ Cathy Bissoon
                                                                       Cathy Bissoon
                                                                       United States District Judge

cc:
All attorneys of record (via CM/ECF e-mail).